**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PATRICIA M. BAILEY**                          **CIVIL ACTION NO.: 2:17-cv-8959**
    **Plaintiff,**

**VERSUS**

**LIEUTENANT PATRICK LYONS,**
**INDIVIDUALLY AND IN HIS OFFICIAL**
**CAPACITY AS A BOGALUSA POLICE**
**OFFICER, THE CITY OF BOGALUSA,**
**LOUISIANA, MODERN FINANCE**
**COMPANY OF BOGALUSA, LLC,**
**OLIN BERTHELOT, AND LINDA KNIGHT**
    **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, Lieutenant Patrick Lyons individually and in his official capacity as a Bogalusa Police Officer and The City of Bogalusa, Louisiana, who hereby remove the state court action entitled "*Patricia Bailey v. Lieutenant Patrick Lyons individually and in his official capacity as a Bogalusa Police Officer and The City of Bogalusa, Louisiana, Modern Finance Company of Bogalusa, LLC, Olin Berthelot, and Linda Knight*", bearing Case number 110759, Division I, in the 22nd Judicial District Court for the Parish of Washington, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

### The Parties and Timeliness

1.      Patricia Bailey ("Plaintiff") filed the referenced state court action against the Defendants on or about May 17, 2017. A true and accurate copy of the Plaintiff's Original

Petition ("Complaint")[1] is attached and incorporated with the entire state court record hereto as part of Exhibit "A," as required by 28 U.S.C. §§ 1446(a) and 1147(b).

2.  In her Complaint, Plaintiff alleges the following, to wit:

-        Plaintiff brings this action against Patrick Lyons in his individual and official capacities as a police officer employed by the City of Bogalusa, Louisiana and alleges that Officer Lyons was acting at all times pertinent herein in in the course and scope of his employment with the City of Bogalusa. Plaintiff sued The City of Bogalusa as the employer of Patrick Lyons. (Complaint, ¶I (A)(B))

-        Acts of Defendants which caused damaged (sic) to the Plaintiff include the intentional denial of plaintiff's federal and state constitutional rights, including denial of her rights to liberty and due process of law under the 14th Amendment of the United States Constitution, and Art. 1, §§2, 5, and 13 of the Louisiana Constitution and her right to be free from the effects of an *ex post facto law* under Art. I, §10 of the United States Constitution and Art. 1, §23 of the Louisiana Constitution as well as her right to live in a state with a republican for of government under Art. 4, §4 of the United States Constitution. Under the provisions of 28 U.S.C. §§1983 and 1988 and the provisions of La. C.C.P. Art. 2315, *et seq*, plaintiff is entitled to have this Court award damages for these wrongful acts. (Complaint, ¶IV)

-        Plaintiffs allege that Modern Finance Company of Bogalusa, LLC, Olin Berthelot and Linda Knight ("Co-Defendants") reported to the Bogalusa Police Department that Plaintiff, Patricia Bailey had apparently stolen some money that she collected as an employee of Modern Finance Company, LLC from its clients as payment on their accounts. Plaintiffs further allege that Lt. Lyons conducted an investigation and eventually applied for and obtained five warrants for the arrest of Plaintiff on December 9, 2015. Plaintiff further alleges that the arrest warrants were subsequently quashed on May 23, 2016 because they did not properly set forth the crime of theft. (Complaint, ¶¶IV-XLVIII)

-        Plaintiff alleges that she is entitled to recover damages from all Defendants for the following reasons: 1) denial of plaintiff's federal constitutional rights to liberty and due process of law under the 14th Amendment to the United Constitution; 2) denial of plaintiff's federal constitutional right under the 6th Amendment to the United States Constitution to be informed of the nature and cause of the accusations against her; 3) denial of plaintiff's federal constitutional right under §10 of Art. I of the United States Constitution not to be subject to an ex post facto law; 4) for denial of plaintiff's federal constitutional right under Art. 4, §4 of the United States Constitution to live in a state with a republican form of government; and for various other violations of the Louisiana State Constitution and other state law claims. (Complaint, ¶¶XLIX-LIII)

---

[1] Plaintiff filed the exact same suit alleging the exact same facts and causes of action against the exact same Defendants in this Court which is pending under USDC EDLA Case No. 2:17-cv-5021-KDE-JCW

3.      Defendant Patrick Lyons was served with the state court Citation and Plaintiff's Complaint on or about August 15, 2017, The City of Bogalusa was served on or about August 21, 2017. (Ex. A) Thirty days have not elapsed since Defendants first received the Complaint through service of process or otherwise, and removal is timely under 28 U.S.C. §§ 1441 and 1446.

<strong><u>Jurisdiction and Venue</u></strong>

4.      Plaintiff alleges that Defendants violated her federal constitutional rights pursuant to 42 U.S.C. §§1983 and 1988. Plaintiff also alleges that Defendants violated her federal civil rights pursuant to the 6th and 14th Amendments to the United States Constitution. (Exhibit "A", ¶¶ I-VI, VIII)

5.      Because the Plaintiff claims that the Defendants violated her federal constitutional rights, her federal claims raise substantial federal questions which must be interpreted using federal common law. As such, federal jurisdiction exists pursuant to 28 U.S.C. §1331.

6.      Because the lawsuit states federal questions, it is removable pursuant to 28 U.S.C. §1441(a) (b) and/or (c). Venue in this district is proper because the Eastern District of Louisiana embraces Washington Parish, where the original lawsuit is pending. 28 U.S.C. §1441(a) and §1391(b).

7.      Lastly, to the extent that any of the claims of the Plaintiff are not subject to federal jurisdiction, this Court has jurisdiction over all such claims under 28 U.S.C. §1367, which provides that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. §1367. *See Exxon Mobile Corp. v. Allapattah Services, Inc.*, 125 S.Ct. 2611, 2620 (2005).

8. Thomas G. Buck, counsel for the other named Defendants in this matter, Modern Finance Company of Bogalusa, LLC, Olin Berthelot, and Linda Knight, was contacted by the undersigned to obtain consent to this removal, and Mr. Buck did provide his consent and does consent to this removal. Mr. Jerry L. Stovall, Jr., Counsel who has also appeared for these Defendants also consents to this removal.

9. Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiff through her Counsel of Record and will be filed with the Clerk of Court for the 22nd Judicial District Court for the Parish of Washington, State of Louisiana, in conformity with 28 U.S.C. §1446(d).

WHEREFORE, Defendants, Lieutenant Patrick Lyons individually and in his official capacity as a Bogalusa Police Officer and The City of Bogalusa, Louisiana, pray that this Notice of Removal be accepted as good and sufficient and that the aforementioned action entitled "*Patricia Bailey v. Lieutenant Patrick Lyons individually and in his official capacity as a Bogalusa Police Officer and The City of Bogalusa, Louisiana, Modern Finance Company of Bogalusa, LLC, Olin Berthelot, and Linda Knight*", bearing Case number 110759, Division I, in the 22nd Judicial District Court for the Parish of Washington, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana for further proceedings as provided by law.

Dated: September 13, 2017.

4

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ Keith M. Detweiler*
Keith M. Detweiler, LA S.B. # 20784
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504)837-2500
F: (504) 832-9165
Email: kdetweiler@nct-law.com
Counsel for Defendants City of Bogalusa and
Patrick Lyons

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

R. Bradley Lewis
248 Richmond Street
Bogalusa, LA 70427
Email: rbl@bradlewislaw.com
Counsel for Plaintiff

Jerry L. "Jay" Stovall
Sunny Mayhall West
Breazeale, Sachse & Wilson, L.L.P.
One American Place, 23rd Floor
PO Box 3197
Baton Rouge, LA 70821
Email: jerry.stovall@bswllp.com
Counsel for Modern Finance Company of Bogalusa, LLC, Olin Berthelot and Linda Knight

Thomas G. Buck
Blue Williams
3421 North Causeway Blvd. Suite 900,
Metairie LA 70002
Email: tbuck@bluewilliams.com
Counsel for Modern Finance Company of Bogalusa, LLC, Olin Berthelot and Linda Knight

*/s/ Keith M. Detweiler*
Keith M. Detweiler

5